■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYSH R. SLATER, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYSH R. SLATER, Also Known as "ROCK," Appellant. (Appeal No. 2.) [38 NYS3d 919]—Appeals by the defendant from (1) a judgment of the County Court, Dutchess County (Forman, J.), rendered

September 18, 2014, convicting him of criminal possession of a controlled substance in the third degree, under superseding indictment No. 91/13, upon his plea of guilty, and imposing sentence, and (2) a judgment of the same court, also rendered September 18, 2014, convicting him of criminal possession of a weapon in the second degree, under indictment No. 80/12, upon his plea of guilty, and imposing sentence.

Ordered that the judgments are affirmed.

The defendant's challenge to the validity of his pleas of guilty is unpreserved for appellate review (*see People v Williams*, 27 NY3d 212 [2016]).

By pleading guilty, the defendant forfeited appellate review of his claim of ineffective assistance of counsel, which does not directly involve the plea negotiation process (*see People v Williams*, 129 AD3d 1000, 1000 [2015]).

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Leventhal, Maltese and Barros, JJ., concur.